**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-7367**

NATHANIEL HAMPTON JONES, a/k/a Nathaniel Hamp-
ton, a/k/a Nathaniel Jones, a/k/a Nathaniel H.
Jones,

Petitioner - Appellant,

versus

WILLIAM DAVIS, Warden of Lee Correctional In-
stitution; CHARLES M. CONDON, Attorney General
of the State of South Carolina,

Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston. G. Ross Anderson, Jr., District
Judge. (CA-97-2299-2-13AJ)

Submitted: November 20, 1997      Decided: December 18, 1997

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Nathaniel Hampton Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Jones v. Davis, No. CA-97-2299-2-13AJ (D.S.C. Sept. 3, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2